IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF ARKANSAS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No.   5:19-cr-50004-001 |
| | ) | |
| RONALD HOVEY, | ) | |
| | ) | |
| Defendant. | ) | |

**AFFIDAVIT**

STATE OF OKLAHOMA   )
                                              )  ss
COUNTY OF ADAIR        )

Rex Earl Starr, after first being duly sworn upon oath deposes as follows:

1. I have been representing the above named defendant, Ronald Hovey, and have been involved with the representation of the defendant for a period of time.

2. During this time, numerous conversations have been conducted regarding the Plea, Sentencing Guidelines, Sentencing Procedures, and the Appeal process.

3. This defendant was sentenced on the 6th day of November 2019 before the Honorable Timothy L. Brooks and I have consulted with the defendant, both prior to and subsequent to the sentencing procedure, and have advised him of all of his rights and the process of the Appeal.

4. After giving consideration to the same, Mr. Hovey does not desire to pursue any Appeal of his Sentence.

Subsequently submitted this 13th day of Nov. 2019.

_____
Ronald Hovey, Defendant

_____
Rex Earl Starr, OBA #8568
108 North First
P.O. Box 918
Stilwell, OK 74960
(918) 696-6500
FAX: (918) 696-6551

Subscribed and sworn to before me this 13th day of November 2019.

/s/ Elaina Starr-Spear *
Notary Public
My Commission Expires: 29 September 2023
Commission No.: 99016112
*I certify that I have signed the original of this document, which is available for inspection at any time by the Court or a party of this action.

## CERTIFICATE OF SERVICE

I hereby certify that on the 14th day of November, 2019, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Sydney Butler, Assistant United States Attorney

/s/ Rex Earl Starr